UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICHARD H. HILLMAN,

    Defendant.

Case No. 19-cr-20684

HON. MATTHEW F. LEITMAN
United States District Judge

## ORDER OF DISMISSAL

Leave of the Court is granted for the reasons stated in the government's motion to dismiss the above-numbered Information against Richard H. Hillman. Accordingly,

**IT IS ORDERED** that the Information against that defendant be dismissed without prejudice, and that defendant's appearance on bond, if any, be canceled.

    /s/Matthew F. Leitman
    MATTHEW F. LEITMAN
    UNITED STATES DISTRICT JUDGE

Dated: November 14, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 14, 2019, by electronic means and/or ordinary mail.

                                                s/Holly A. Monda
                                                Case Manager
                                                (810) 341-9764